143 So. 345

## In re OPINIONS OF JUSTICES.

### In re COUNTY OFFICERS.
No. 16.

Supreme Court of Alabama.
Sept. 12, 1932.

Response of the Justices.

To the House of Representatives.

Replying to Resolution 52, inquiring if the officeholders there mentioned are coun-

ty officers within the meaning of Amendment 2 to the Constitution of 1901, will say: While they all hold office under the state, all except the circuit judges and solicitors are, strictly speaking, county officers as included in and dealt with in said amendment. The circuit judges and solicitors are what might be termed circuit or state officers. State ex rel. Montgomery v. Merrill, 218 Ala. 149, 117 So. 473.

JOHN C. ANDERSON,
Chief Justice.
LUCIEN D. GARDNER,
WILLIAM H. THOMAS,
A. B. FOSTER,
Justices.